STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. LOUIS ROMMEL, PLAINTIFF IN ERROR.

Submitted May 29, 1925—Decided September 9, 1925.

On error to the Supreme Court, whose *per curiam* · is printed in 3 *N. J. Mis. R.* 204.

For the plaintiff in error, *Lindabury & Steelman* (*Harry A. Augenblick*, of counsel).

For the defendant in error, *John O. Bigelow*, prosecutor of the pleas.

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—TRENCHARD, KALISCH, BLACK, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, JJ. 10.

*For reversal*—None.